Abran E. Vigil
Nevada Bar No. 7548
Ann Marie Hansen
Nevada Bar No. 10144
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Phone: (702) 471-7000
Fax: (702) 471-7070
Email: vigila@ballardspahr.com
Email: hansena@ballardspahr.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR TO WELLS FARGO BANK, N.A., AS TRUSTEE, FOR THE REGISTERED HOLDERS OF WACHOVIA BANK COMMERCIAL MORTGAGE TRUST, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-C16,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY A RIBEIRO, JR., an individual,<br><br>Defendant. | CASE NO. 2:11-CV-1534-JCM-PAL<br><br>RELATES TO: **ALL CASES**<br><br>STIPULATION AND ORDER TO DISMISS WITH PREJUDICE |

DMWEST #9704688 v1

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE REGISTERED HOLDERS OF GREENWICH CAPITAL COMMERCIAL FUNDING CORP., COMMERCIAL MORTGAGE TRUST 2005-GG3, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-GG3,<br><br>      Plaintiff,<br><br>v.<br><br>THE JOHNNY A. RIBEIRO, JR. FAMILY TRUST, AS AMENDED; JOHNNY A RIBEIRO, JR., an individual; and TERCEIRA CONSULTING, INC., A Nevada Corporation,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 3:11-CV-689-RCJ-WGC |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE REGISTERED HOLDERS OF GREENWICH CAPITAL COMMERCIAL FUNDING CORP., COMMERCIAL MORTGAGE TRUST 2005-GG3, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-GG3,<br><br>      Plaintiff,<br><br>v.<br><br>THE JOHNNY A. RIBEIRO, JR. FAMILY TRUST, AS AMENDED; and JOHNNY A RIBEIRO, JR., an individual;<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 3:11-CV-690-HDM-VPC |

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

2

DMWEST #9704688 v1

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE REGISTERED HOLDERS OF GREENWICH CAPITAL COMMERCIAL FUNDING CORP., COMMERCIAL MORTGAGE TRUST 2005-GG3, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-GG3,<br><br>    Plaintiff,<br><br>v.<br><br>THE JOHNNY A. RIBEIRO, JR. FAMILY TRUST, AS AMENDED; JOHNNY A RIBEIRO, JR., an individual; and TERCEIRA CONSULTING, INC., a Nevada corporation<br><br>    Defendants. | CASE NO. 3:11-CV-691-RCJ-WGC |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, SUCCESSOR TO WELLS FARGO BANK, N.A., AS TRUSTEE, FOR THE REGISTERED HOLDERS OF GS MORTGAGE SECURITIES CORPORATION II, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-GG8,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNNY A RIBEIRO, JR., an individual; LORALEE RIBEIRO, an individual; THE JOHNNY A. RIBEIRO, JR. FAMILY TRUST, AS AMENDED; and THE LORALEE RIBEIRO 2000 TRUST,<br><br>    Defendants. | CASE NO. 3:11-CV-695-RCJ-VPC |

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

3

DMWEST #9704688 v1

|   |   |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, SUCCESSOR TO WELLS FARGO BANK, N.A., AS TRUSTEE, FOR THE REGISTERED HOLDERS OF GS MORTGAGE SECURITIES CORPORATION II, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-GG10,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNNY A RIBEIRO, JR., an individual; LORALEE RIBEIRO, an individual; THE JOHNNY A. RIBEIRO, JR. FAMILY TRUST, AS AMENDED; and THE LORALEE RIBEIRO 2000 TRUST,<br><br>    Defendants. | CASE NO. 3:11-CV-00696-RCJ-WGC |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, SUCCESSOR TO WELLS FARGO BANK, N.A., AS TRUSTEE, FOR THE REGISTERED HOLDERS OF GS MORTGAGE SECURITIES CORPORATION II, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-GG10,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNNY A RIBEIRO, JR., an individual; LORALEE RIBEIRO, an individual; THE JOHNNY A. RIBEIRO, JR. FAMILY TRUST, AS AMENDED; and THE LORALEE RIBEIRO 2000 TRUST,<br><br>    Defendants. | CASE NO. 2:11-CV-01540-KJD-VCF |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Based on a settlement, enforcement of which the Court will retain jurisdiction, U.S. Bank National Association, as Trustee for the various bond/certificate holders, on the one hand, and Defendants, on the other hand,

DMWEST #9704688 v1

(collectively, the "Parties") hereby stipulate and agree as follows:

That this matter shall be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated this 29th day of April, 2013.

| BALLARD SPAHR LLP | ROGER P. CROTEAU & ASSOCIATES, LTD. |
|---|---|
| By: /s/ Ann Marie Hansen<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Ann Marie Hansen<br>Nevada Bar No. 10144<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br>Attorneys for Plaintiff | By:<br>Timothy E. Rhoda, Esq.<br>Nevada Bar No. 7878<br>Roger P. Croteau, Esq.<br>Nevada Bar No. 4958<br>720 South Fourth Street, Suite 202<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: May 1, 2013

DMWEST #9704688 v1